UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 20-16072 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Jeneva K. McGrill | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( X ) Reporting, as directed, to U.S. Pretrial Services;

( X ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services; ( X ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( X ) The defendant shall appear at all future court proceedings;

( ) Other:

/s/ Jeneva McGill                                              8/27/20

DEFENDANT                                                        DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

DATE  8/27/20