# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 20-16072 |
| vs. | : | |
| | : | ORDER OF DETENTION |
| JENEVA McGILL. | : | |

The defendant is hereby ordered detained pending a hearing on Thursday, November 18, 2021.

/s/ Cathy Waldor
_____
Honorable Cathy Waldor
United States Magistrate Judge

DATED: November 10, 2021