# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      Magistrate Case No. 20-16072

v.

JENEVA McGILL

The defendant is hereby sentenced to time served and hereby released. A Judgment of Conviction will be prepared and forwarded to the United States Marshals Service.

/s/ Cathy L. Waldor
Honorable Cathy L. Waldor
United States Magistrate Judge

DATED: 11/18/21