# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

JENEVA MCGILL

Defendant.

CASE NUMBER   2:20-MJ-16072-CLW-1

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, JENEVA MCGILL, was represented by Rahul Sharma, Assistant Federal Public Defender.

On motion of the United States, the court has dismissed Possession of Cocaine (9505205) and Possession of Drug Paraphernalia (9505206).

The defendant pleaded guilty to Possession of Heroin on November 18, 2021. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 21 USC 844 | Possession of Cocaine | January 5, 2020 | 9505204 |

As pronounced on November 18, 2021, the defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this 22nd day of November, 2021.

CERTIFIED TO BE A TRUE COPY

/s/ Cathy L. Waldor
CATHY L. WALDOR
United States Magistrate Judge

/s/ Cathy L. Waldor
CATHY L. WALDOR
United States Magistrate Judge

07866

Defendant: JENEVA MCGILL
Case Number: 2:20-MJ-16072-CLW-1

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby sentenced to time served.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal